# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| ARNOLD RASALID HAILASSIE,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Respondent. | 1:07-cv-00727-OWW-TAG HC<br><br>FINDINGS AND RECOMMENDATIONS TO GRANT PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION<br>(Doc. 4)<br><br>ORDER DIRECTING OBJECTIONS TO BE FILED WITHIN FIFTEEN DAYS |

Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The instant federal petition for writ of habeas corpus was filed on May 17, 2007. (Doc. 1). On October 9, 2007, Petitioner filed the instant motion to voluntarily dismiss the petition. (Doc. 4).

Subject to other provisions of law, a petitioner may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Otherwise, an action shall not be dismissed except upon order of the court and upon such terms and conditions as the court deems proper. Id. Here, no answer or motion for summary judgment has been served or filed.

## RECOMMENDATIONS

Accordingly, the Court makes the following recommendations:

1. That Petitioner's motion for voluntary dismissal (Doc. 4), be GRANTED; and

2. That the petition for writ of habeas corpus (Doc. 1) be dismissed.

1

1  These Findings and Recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fifteen (15) days after being served with a copy, any party may file written objections with the Court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Judge's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **November 14, 2007**                                   **/s/ Theresa A. Goldner**
                                                                 UNITED STATES MAGISTRATE JUDGE