UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD RASALID HAILASSIE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　　　Respondent. | 1:07-cv-00727-OWW-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 5)<br><br>ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION<br>(Doc. 4)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On October 9, 2007, Petitioner filed a motion to voluntarily dismiss the instant petition. (Doc. 4). On November 15, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Petitioner's motion be granted and that the petition for writ of habeas corpus be DISMISSED. (Doc. 5). The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of

1 | service of that order. To date, none of the parties in this case have filed objections.

2 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendation issued November 15, 2007 (Doc. 5), is ADOPTED IN FULL;

    2. Petitioner's motion to dismiss (Doc. 4), is GRANTED;

    3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

    4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   January 10, 2008**             /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE